IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 MAR 28 PM 2:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

AURELIUS BOGAN, )
 )
    Plaintiff, )
 )
vs ) CIVIL ACTION NO. 98-S-3158-S
 )
 )
PAUL IRWIN; D. P. SMITH; and )
DAVID M. BARBER, )
 )
    Defendants. )

ENTERED
MAR 28 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation entered February 8, 2000, the objections thereto, and the Magistrate Judge's Supplemental Report and Recommendation entered March 6, 2001. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation and his Supplemental Report and Recommendation are due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. Wherefore, this complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). An appropriate order will be entered.

DONE, this 28th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

